# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS,
## HOUSTON DIVISION

| | |
|---|---|
| **Damon Roshun Matthews,** § | |
| Petitioner, § | |
| § | |
| v. § | Case No. 4:12-cv-01939 |
| § | * Death Penalty Case * |
| **Bobby Lumpkin**, Director, Texas § | |
| Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| Respondent. § | |
| § | |

## PETITIONER'S MOTION TO SUBSTITUTE COUNSEL

Petitioner was represented in this cause by Assistant Federal Public Defender Jennifer Giddings. Ms. Giddings is no longer with the Office of the Federal Public Defender for the Northern District of Texas. As a result, Petitioner moves this Court to allow Ms. Giddings to withdraw as counsel and allow Assistant Federal Public Defender David Currie to substitute as counsel representing Petitioner in this federal habeas corpus action. All correspondence should be sent to the same address.

For the foregoing reasons, Petitioner prays that this Court grant his motion and allow former Assistant Federal Public Defender Jennifer Giddings to withdraw as counsel and substitute Assistant Federal Public Defender David Currie as counsel for Petitioner.

Dated: October 13, 2020          */s/ David C. Currie*
David C. Currie
Assistant Federal Public Defender
Northern District of Texas
Capital Habeas Unit
Texas Bar #24084240
525 Griffin Street, Suite 629
Dallas, Texas 75202
Phone (214) 767-2746
Fax (214) 767-2886
david_currie@fd.org

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Petitioner's Motion to Substitute Counsel has been served by CM/ECF upon counsel for Respondent on October 13, 2020:

    Postconviction Litigation Division
    Office of the Attorney General
    P.O. Box 12548
    Capitol Station
    Austin, TX 78711

                     /s/ ***David C. Currie***
                     Assistant Federal Public Defender